| | | |
|---|---|---|
| 17557 | State v. Jones | Vacated |

## October 31, 1997

| | | |
|---|---|---|
| 16508 | Tun v. Matayoshi | Affirmed |